FILED
CLERK, U.S. DISTRICT COURT

December 2, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GITA SARAFAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.  2:21-cv-08862-SB-GJS<br><br>ORDER TO REMAND ACTION TO STATE COURT<br><br>Orig. Compl.:         10/12/21<br>Orig. Resp. Pldg.:   11/10/21 |

Having considered the request to remand the action back to state court, and finding that both parties have stipulated to do so, the Court hereby remands the action back to state court.

Dated:    December 2, 2021

_____
**Stanley Blumenfeld, Jr.
United States District Judge**